# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0052. COMPTON v. THE STATE.**

Cynthia Lain has filed an emergency motion seeking a writ of supersedeas pending her appeal of the trial court's orders finding her in contempt of court and ordering her jailed for an unspecified period of time. Lain filed notices of appeal and motions for supersedeas under OCGA § 5-6-13 (a), but the trial court did not grant the motions for supersedeas.

After reviewing the pleadings and documents provided by Lain, her emergency motion for supersedeas is ***GRANTED*** pending disposition of her appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/08/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*